**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

| | |
|---|---|
| **Laura Lorena Ríos-Vivero,** ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | Civ. No. 4:25-CV-05829 |
| **U.S. Department of Homeland Security;** ) | |
| **U.S. Immigration & Customs Enforcement;** ) | |
| **Kristi Noem,** in her official capacity as Secretary of Homeland Security; ) | |
| **Todd Lyons,** in his official capacity as Acting Director of ICE; ) | |
| **Kenneth Genalo,** in his official capacity as Acting Executive Associate Director, ) | |
| ICE Enforcement and Removal Operations ) | |
| **John Doe,** Warden, Montgomery Processing Center, ) | |
| **John Doe 2,** Warden South Louisiana Ice Processing Center ) | |
| **Respondents** ) | |

## ORDER GRANTING ADMINISTRATIVE STAY OF REMOVAL

Before the Court is Petitioner's Notice of Emergency, Notice of Filing and Request for Administrative Stay, and emergency request for a temporary restraining order within her writ of habeas petition. Having reviewed the filings, and in order to preserve the Court's jurisdiction over this matter, the Court finds that an administrative stay of removal is warranted.

Accordingly, it is ORDERED that:

1. Respondents are immediately ENJOINED and RESTRAINED from removing Petitioner, Laura Lorena Ríos-Vivero, from the United States pending the Court's resolution of the Emergency Motion for Temporary Restraining Order.

2. Respondents are immediately ENJOINED and RESTRAINED from engaging in any action that would impede the Court's ability to adjudicate the habeas petition.

3. Respondents are immediately ENJOINED and RESTRAINED from impeding Petitioner Laura Lorena Ríos-Vivero 's impede access to counsel.

4. Respondents are immediately ENJOINED and RESTRAINED transferring Petitioner from her current facility without prior leave of this Court;

5. The Court hereby enters an administrative stay of removal prohibiting DHS and ICE from removing or transferring Petitioner until the Court rules on the Emergency Motion for Temporary Restraining Order; and

6. This administrative stay shall remain in effect until further order of the Court.

SIGNED this 5th day of December , 2025.

_____

UNITED STATES DISTRICT JUDGE

2