United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LAURA LORENA RIOS-VIVERO,** § § | |
| Petitioner, § § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-05829** |
| § | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, § § § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's First Emergency Motion to Enforce Habeas Judgment and for Immediate Release. ECF No. 22. Petitioner states that Respondents failed to comply with the Court's order that Petitioner be provided a bond hearing by January 20, 2026, or else released. Petitioner filed this Motion on January 23, 2026. Later that day, Respondents filed a Status Report, indicating that Petitioner was "in the process of being released from Immigration and Customs Enforcement custody" and would be released that day. ECF No. 24. In communications with the Court, parties have since confirmed that Petitioner was successfully released.

The Court is disturbed by the delay in releasing Petitioner. Nonetheless, in light of these circumstances, it now **DENIES AS MOOT** Petitioner's Emergency Motion (ECF No. 22).

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 6, 2026.

                                                                                                       Keith P. Ellison
                                                                                                       United States District Judge